UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARBISOFT GLOBAL LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONEVALLEY INC.,<br><br>　　　　　Defendant. | Case No. 4:23-cv-05329-KAW<br><br>**ORDER VACATING HEARING; ORDER TO SHOW CAUSE; ORDER REQUIRING SERVICE OF MOTION**<br><br>Re: Dkt. Nos. 10, 14 |

On November 29, 2023, Plaintiff filed a proof of service attesting that Robin Huttbanks was served with the summons and complaint on November 17, 2023. (Dkt. No. 10.) This is not the individual listed on the California Secretary of State's website as being the registered agent for service of process. Thus, Plaintiff is ORDERED TO SHOW CAUSE by February 20, 2024 why service was properly effected.

Plaintiff has not sought the entry of Defendant's default. Instead, on January 31, 2024, Plaintiff filed a motion for writ of attachment. (Dkt. No. 14.) Defendant does not appear to have been served with a copy of this motion. Accordingly, the March 21, 2024 hearing is VACATED, and Plaintiff is ordered to serve Defendant with the pending motion for writ of attachment by February 29, 2024.

IT IS SO ORDERED.

Dated: February 5, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge